UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16CR00129 CEJ ) |
| JONATHAN E. POHLMANN, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Jennifer A. Winfield, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and hereby moves this Court to file its Document under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record in this case.

                                      */s/Jennifer A. Winfield*
                                      Jennifer A. Winfield
                                      Assistant United States Attorney